UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                  :
:
            -v-                                            :
:     24-CR-58 (VSB)
SHAMAR JEFFERSON,                                          :
:     **ORDER**
                                        Defendant.         :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

The jury trial in this matter is set to begin on January 13, 2025 at 10:00am in Courtroom 518, Thurgood Marshall U.S. Courthouse. Accordingly, it is hereby:

ORDERED that any in limine motions shall be filed on or before December 9, 2024, with responses due on or before December 16, 2024.

IT IS FURTHER ORDERED that the parties' joint proposed voir dire questions, a short description of the case, jury instructions, verdict forms or trial memoranda shall be filed on or before December 30, 2024.  In addition, each party shall email those documents as Word documents to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that a final pretrial conference in this matter shall be held on Monday, January 6, 2025, at 11:00am.

SO ORDERED.

Dated:   October 17, 2024
         New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge