# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 5, 2024

*By ECF and e-mail*

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Shamar Jefferson*, 24 Cr. 58 (VSB)

Dear Judge Broderick:

    I write on consent (Assistant U.S. Attorney Ashley Nicolas) to respectfully request that the Court schedule a change of plea hearing for December 11, 2024 at 11:00 a.m., or for another time convenient for the Court. The parties further request that all trial deadlines be adjourned *sine die*.

Respectfully submitted,

/s/

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc:   Ashley Nicolas, Esq., by e-mail and ECF

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.**   12/05/2024

A change of plea hearing is scheduled for December 11, 2024, at 11:00 AM. It is FURTHER ORDERED that the trial deadlines are adjourned *sine die*.